# Exhibit 3

Non-Method Claim: 1

| US10515474B2 | Varjo XR-3 ("The accused product") |
|---|---|
| 1. A system for determining a facial expression on a face of a subject in a VR (virtual reality) environment, comprising | The accused product discloses a system for determining a facial expression (e.g., a smirk, facial muscle movement, etc.) on a face of a subject (e.g., a user of the accused product) in a VR (virtual reality) environment (e.g., a VR game).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. It uses facial EMG sensors to capture the muscle signals and recognize facial movements or expressions of a user. These expressions are used to control VR applications such as games or to navigate a virtual environment.<br><br><br>https://varjo.com/products/varjo-xr-3 |

The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing



https://web.archive.org/web/20251012203044/https://shop.openbci.com/products/varjo-xr3

**Introducing Varjo XR-3**

**Varjo XR-3 delivers an ultra immersive mixed reality experience,** featuring photorealistic visual fidelity across the widest field of view of any XR headset.

Varjo's mixed reality technology uses video pass-through that is vastly superior to the standard optical see-through systems used in other augmented reality headsets – making Varjo XR-3 the only device where virtual objects look real instead of appearing as holographic augmentations.

With ultra-low latency and a high-fidelity 12-megapixel video stream, you can explore true-to-life virtual visualizations as natural extensions of the real world. You can also effortlessly switch between XR, AR, and VR.

https://web.archive.org/web/20251012203044/https://shop.openbci.com/products/varjo-xr3

Brooklyn, NY / Las Vegas, NV – Jan 4, 2023

Today at CES, neurotechnology leader OpenBCI announced a new mixed reality version of their non-invasive neural interface platform, Galea. Customers of the Galea Beta Program can now order their device integrated with the Varjo XR-3. OpenBCI and Varjo previously announced their partnership and integration of Galea with Varjo's VR-only Aero headset. Today's announcement marks a significant expansion of Galea's capabilities by unlocking mixed reality use cases that rely on the Varjo XR-3's low-latency pass-through, depth awareness, and integrated hand tracking.

https://openbci.com/community/openbci-announces-galea-compatibility-with-varjo-xr-3-bringing-neurotechnology-to-mixed-reality/

Galea is a hardware and software platform that merges next-generation brain-computer interface technology with head-mounted displays. Galea comes integrated with the Varjo Aero or XR-3 and is the world's first device that simultaneously measures the user's heart, skin, muscles, eyes, and brain.

https://www.youtube.com/watch?v=is8JD66MPCM

## A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf

## Galea Sensor Cheat Sheet

Each sensor provides a robust view into facial expressions, emotional states, physical activity, stress, focus, eye movements, and lots more.

https://openbci.com/content/galea-brochure.pdf



https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M



## SCHEMES & INPUTS

Imagine a hands-free Temple Runner. One where you can navigate your player with just a smirk. That is exactly what we built with Galea this past month. Our CEO, Conor, put on the Galea headset to play the game Cat Runner and navigated his runner simply by twitching his left and right cheek muscles. Watch the whole demo video below.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



*Facial muscle movements, combined with eye tracking are used for new forms of user inputs.*

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

As shown below, for an exemplary VR game application, the accused product determines cheek movements (e.g., facial expressions) of the user to steer the character for left or right movements.

a VR environment



https://www.youtube.com/watch?v=is8JD66MPCM

| an apparatus comprising a plurality of EMG (electromyography) electrodes arranged so as to be in contact with at least a portion of the face of a subject when the apparatus is worn by the subject; | The accused product discloses an apparatus (e.g., the accused product) comprising a plurality of EMG (electromyography) electrodes arranged so as to be in contact with at least a portion of the face of a subject (e.g., a user of the accused product) when the apparatus (e.g., the accused product) is worn by the subject (e.g., a user of the accused product).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. The wearable headset covers the area surrounding of |

| Col 13: lines 42-54 | the eyes (e.g., at least a portion of the face) of the user. |
| --- | --- |
| *In some implementations, the set of surface EMG electrodes 113 can include facemask electrodes 116 a, 116 b, and/or additional facemask electrodes, each of which can be operatively coupled to an electrode interface 112 through respective electrical conductors 114 a, 114 b and/or the like. Facemask electrodes 116 may be provided so as to receive EMG signals from muscles in a portion of the face, such as an upper portion of the face for example. In this implementation, facemask electrodes 116 are preferably located around and/or on the upper portion of the* | The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |

*face, more preferably including but not limited to one or more of cheek, forehead and eye areas, most preferably on or around at least the cheek and forehead areas.*

Col 13: lines 55-63

*Lower face electrodes 124 can be positioned on and/or around the areas of the mouth, lower cheeks, chin, and/or the like of a user's face. in some implementations, lower face electrodes 124 can be similar to facemask electrodes 116, and/or can be included in a wearable device as described in greater detail below.*

Col 14: lines 15-25

*FIG. 2A shows a back view of an example,*



BROOKLYN, NY — May 31, 2022 – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

## A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf

non-limiting, illustrative _facemask apparatus_ according to at least some embodiments. For example, in some implementations, a facemask apparatus 200 can include a mount 202 for mounting the facemask apparatus 200 on the head of a user (not shown). Mount 202 can , for example, feature straps and/or similar mechanisms for attaching the facemask apparatus 200 to the user's head. _The facemask apparatus 200 can also include a facemask electrodes holder 204 that can hold the surface EMG electrodes 113 against the face of the user_, as described above with respect to FIG. 1B.



# Galea Sensor Cheat Sheet

Each sensor provides a robust view into facial expressions, emotional states, physical activity, stress, focus, eye movements, and lots more.

https://openbci.com/content/galea-brochure.pdf

Battery powered Wi-Fi based data transfer

apparatus

8 Channels of Active EEG

Forehead PPG & EDA sensors

4 Channels of Facial EMG

2 Channels of EOG
2 Channels of Passive EEG

https://www.youtube.com/watch?v=Zdn3FCMKB9M



https://openbci.com/content/galea-brochure.pdf



apparatus is worn by the subject

https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=Zdn3FCMKB9M

| a computational device configured to receive a plurality of EMG signals from said EMG electrodes and configured with:<br><br>**Col 12: lines 49-59**<br><br>*The processed signals may also be used by* | The accused product discloses a computational device (e.g., a processor) configured to receive a plurality of EMG (electromyography) signals from said EMG (electromyography) electrodes.<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. Further, the accused product provides a software development kit (SDK) that receives these facial muscle signals (e.g., EMG signals) for further processing. |

*a training system 106 for training classifier 108.* <u>Training system 106 can include a computational device (not shown) that implements and/or instantiates training software.</u> *For example, in some implementations, training system 106 can train classifier 108 before classifier 108* <u>classifies an EMG signal.</u> *In other implementations, training system 106 can train classifier 108 while classifier 108 classifies facial expressions of the user, or a combination thereof. As described in greater detail below,* <u>training system 106, in some implementations, can train classifier 108 using known facial expressions and associated EMG signal information.</u>

The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



BROOKLYN, NY — May 31, 2022 – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

## A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf

## GALEA TECH SPECS: WHAT KIND OF DATA DOES IT COLLECT? AND HOW?

Galea's engineering is designed to enable high-quality data collection from multiple parts of a user's nervous system. The device combines sensor networks for EEG, EOG, EMG, EDA, PPG (see chart below) designed by OpenBCI, with the high-quality eye tracking of the Varjo Aero. All sensors work under a single hardware clock and as a result, Galea is able to dramatically simplify the process of collecting synchronized data from the body. This functions as an incredible tool for anybody looking to objectively measure user experiences and cognitive states.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

## Comprehensive software suite

Built on nearly a decade of OpenBCI R&D, Galea's software enables both real-time and post-processing use cases. Bring your data to game engines, the cloud, or access it in multiple languages via Galea's low-level C/C++ SDK.

https://openbci.com/content/galea-brochure.pdf

### Software

**Graphical User Interface**

Galea GUI for data stream visualization, hardware configuration, and signal quality assessment.

**Galea SDK**

Raw data, signal processing, & filtering for all sensors via BrainFlow. Support for Python, C++, Java, C#, Julia, Matlab, Rust, and R.

https://openbci.com/content/galea-brochure.pdf

Our software SDK will give you access to all the data types collected by Galea: EEG, EMG, EOG, EDA, PPG, and image-based eye-tracking. The estimated weight of the device is 800-900 grams.

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



https://www.youtube.com/watch?v=Zdn3FCMKB9M



https://openbci.com/content/galea-brochure.pdf

https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

| a first set of instructions operating thereon to cause the computational device to:<br><br>process said EMG signals to form processed EMG signals; | The accused product discloses a first set of instructions (e.g., computer instructions) operating thereon to cause the computational device (e.g., a processor) to process said EMG signals to form processed EMG signals (e.g., filtered EMG signals).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. Further, the accused product provides a software development kit (SDK) that receives these facial muscle signals (e.g., EMG signals). The |

| and | SDK applies signal processing and filtering operations to the facial muscle signals to generate the processed EMG signals.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |
| --- | --- |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

Galea is a hardware and software platform that merges next-generation brain-computer interface technology with head-mounted displays. Galea comes integrated with the Varjo Aero or XR-3 and is the world's first device that simultaneously measures the user's heart, skin, muscles, eyes, and brain.

https://www.youtube.com/watch?v=is8JD66MPCM



| Sensor Type | Where is the Data collected? | How is it measured? | What metrics can be derived? | How can the data be interpreted or applied? |
|---|---|---|---|---|
| EMG Muscles (Electromyogram) | • Facepad 6 electrodes | | • Muscle Contraction / Relaxation<br>• Motor Unit Action Potentials (MUAPs) | • Facial Expressions<br>• Emotion Classification<br>• Motion Artifact Detection<br>• User Inputs / Commands |

https://openbci.com/content/galea-brochure.pdf

# Comprehensive software suite

Built on nearly a decade of OpenBCI R&D, Galea's software enables both real-time and post-processing use cases. Bring your data to game engines, the cloud, or access it in multiple languages via Galea's low-level C/C++ SDK.

https://openbci.com/content/galea-brochure.pdf

## Software

| Graphical User Interface | Galea GUI for data stream visualization, hardware configuration, and signal quality assessment. |
|---|---|
| Galea SDK | Raw data, signal processing, & filtering for all sensors via BrainFlow. Support for Python, C++, Java, C#, Julia, Matlab, Rust, and R. |

https://openbci.com/content/galea-brochure.pdf

> Our software SDK will give you access to all the data types collected by Galea: EEG, EMG, EOG, EDA, PPG, and image-based eye-tracking. The estimated weight of the device is 800-900 grams.

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered

As show below, the facial EMG signals are processed using filters such as a BandPass filter (e.g., a first set of instructions) to produce filtered EMG signals (e.g., processed EMG signals).



https://www.youtube.com/watch?v=is8JD66MPCM

https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| classifying a facial expression according to said processed EMG signals using a classifier according to at least one feature of data from said processed EMG signals; and | The accused product discloses classifying a facial expression (e.g., a smirk, facial muscle movement, etc.) according to said processed EMG signals (e.g., filtered EMG signals) using a classifier (e.g., an EMG facial classifier) according to at least one feature of data (e.g., facial feature such as right cheek, etc.) from said processed EMG signals (e.g., filtered EMG signals). |
| | As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad with four facial EMG channels that capture the facial muscle signals of a user. Each channel maps to a particular area of the face such as right cheek, left cheek, etc. When the user moves that particular facial area to display an emotion or facial activity, the classifier analyzes the facial EMG signals and classifies them as a specific facial expression such as a smirk, etc. (e.g., classifying a facial expression). |
| | The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking |
| | https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

# A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the **Varjo Aero** or **XR-3** will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf



https://openbci.com/content/galea-brochure.pdf

https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M



Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

The combination of sensors and their arrangement across the scalp and facepad enable researchers to gather data that can classify a diverse range of internal states. Some of these include the user's attention, cognitive workload, facial expressions, emotional arousal, stress levels, physical performance and so much more.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| a second set of instructions operating thereon comprising a VR application for receiving said classified facial expression; and | The accused product discloses a second set of instructions (e.g., computer instructions) operating thereon comprising a VR application (e.g., a VR gaming application, etc.) for receiving said classified facial expression (e.g., a smirk, facial muscle movement, etc.).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad with four facial EMG channels that capture the facial muscle signals of a user. Each channel maps to a particular area of the face such as the right cheek, left cheek, etc. When the |

user moves that particular facial area to display an emotion or facial activity, the system analyzes the EMG signals and identifies the facial expression. The VR application running on the headset then uses the detected facial activity as an input to perform actions within the virtual environment.

The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing



## SCHEMES & INPUTS

Imagine a hands-free Temple Runner. One where you can navigate your player with just a smirk. That is exactly what we built with Galea this past month. Our CEO, Conor, put on the Galea headset to play the game Cat Runner and navigated his runner simply by twitching his left and right cheek muscles. Watch the whole demo video below.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



*Facial muscle movements, combined with eye tracking are used for new forms of user inputs.*

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

As shown below, for an exemplary VR game application, the system interprets facial muscle signals using EMG sensors to recognize facial expressions and uses them as inputs in the game. Thus, the movements of the user's cheek muscles can steer the character left or right.




https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| a display for displaying a VR environment according to the VR application.<br><br>**Col 43: lines 56-67**<br>**Col 44: line 1**<br><br>*FIG. 19B shows a non-limiting example of a method for playing a game between a plurality of users in a VR environment according to at least some embodiments of the present disclosure.* | The accused product discloses a display (e.g., a display of the accused product) for displaying a VR environment (e.g., a VR view) according to the VR application (e.g., a VR gaming application, etc.).<br><br>As shown below, the accused product is a VR headset. It allows a user to display a virtual reality environment on the user's computer. It presents the VR view of the running application.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking |

| | |
|---|---|
| *Accordingly, at stage 1, the VR game starts, and at stage 2, each user makes a facial expression, which is optionally classified (see, e.g., classification methods described herein). At stage 3, the facial expression may be used to manipulate one or more game controls, such that the VR application providing the VR environment responds to each facial expression by advancing game play according to the expression that is classified. At stage 4, the effect of the manipulations is scored according to the effect of each facial expression on game play.* | https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered <br><br>  <br><br> **BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product. <br><br> https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing |



## SCHEMES & INPUTS

Imagine a hands-free Temple Runner. One where you can navigate your player with just a smirk. That is exactly what we built with Galea this past month. Our CEO, Conor, put on the Galea headset to play the game Cat Runner and navigated his runner simply by twitching his left and right cheek muscles. Watch the whole demo video below.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



displaying a VR environment

https://www.youtube.com/watch?v=is8JD66MPCM

# TECHNICAL SPECIFICATIONS OF VARJO XR-3

https://varjo.com/products/varjo-xr-3

| DISPLAY AND RESOLUTION | Full Frame Bionic Display with human-eye resolution. Focus area (27° x 27°) at 70 PPD uOLED, 1920 x 1920 px per eye Peripheral area at over 30 PPD LCD, 2880 x 2720 px per eye Colors: 99% sRGB, 93% DCI-P3 |
| --- | --- |
| FIELD OF VIEW | Horizontal 115° |

## Bionic Display™ for XR-3 and VR-3

For Varjo XR-3 and VR-3 headsets there are two displays for each eye: a human-eye-resolution focus display and a high-resolution peripheral display. The focus display is shown in front of the peripheral display and is blended seamlessly with it.



https://developer.varjo.com/docs/get-started/human-eye-resolution