# Exhibit 4

Non-Method Claim: 1

| US10943100B2 | Varjo XR-3 ("The accused product") |
|---|---|
| 1. A facial expression determination system for determining a facial expression on a face of a user comprising: | The accused product discloses a facial expression (e.g., a smirk, facial muscle movement, etc.) determination system for determining a facial expression (e.g., a smirk, facial muscle movement, etc.) on a face of a user (e.g., a user of the accused product)<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. It uses facial EMG sensors to capture the muscle signals and recognize facial movements or expressions of a user. These expressions are used to control VR applications such as games or to navigate a virtual environment.<br><br><br><br>https://varjo.com/products/varjo-xr-3 |

The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing



https://web.archive.org/web/20251012203044/https://shop.openbci.com/products/varjo-xr3

**Introducing Varjo XR-3**

**Varjo XR-3 delivers an ultra immersive mixed reality experience,** featuring photorealistic visual fidelity across the widest field of view of any XR headset.

Varjo's mixed reality technology uses video pass-through that is vastly superior to the standard optical see-through systems used in other augmented reality headsets – making Varjo XR-3 the only device where virtual objects look real instead of appearing as holographic augmentations.

With ultra-low latency and a high-fidelity 12-megapixel video stream, you can explore true-to-life virtual visualizations as natural extensions of the real world. You can also effortlessly switch between XR, AR, and VR.

https://web.archive.org/web/20251012203044/https://shop.openbci.com/products/varjo-xr3

Brooklyn, NY / Las Vegas, NV – Jan 4, 2023

Today at CES, neurotechnology leader OpenBCI announced a new mixed reality version of their non-invasive neural interface platform, Galea. Customers of the Galea Beta Program can now order their device integrated with the Varjo XR-3. OpenBCI and Varjo previously announced their partnership and integration of Galea with Varjo's VR-only Aero headset. Today's announcement marks a significant expansion of Galea's capabilities by unlocking mixed reality use cases that rely on the Varjo XR-3's low-latency pass-through, depth awareness, and integrated hand tracking.

https://openbci.com/community/openbci-announces-galea-compatibility-with-varjo-xr-3-bringing-neurotechnology-to-mixed-reality/

Galea is a hardware and software platform that merges next-generation brain-computer interface technology with head-mounted displays. Galea comes integrated with the Varjo Aero or XR-3 and is the world's first device that simultaneously measures the user's heart, skin, muscles, eyes, and brain.

https://www.youtube.com/watch?v=is8JD66MPCM

# A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf

# Galea Sensor Cheat Sheet

Each sensor provides a robust view into facial expressions, emotional states, physical activity, stress, focus, eye movements, and lots more.

https://openbci.com/content/galea-brochure.pdf



| Sensor Type | Where is the Data collected? | How is it measured? | What metrics can be derived? | How can the data be interpreted or applied? |
|---|---|---|---|---|
| EMG (Electromyogram) Muscles | • Facepad 6 electrodes | • Muscle Contraction / Relaxation<br>• Motor Unit Action Potentials (MUAPs) | • Facial Expressions<br>• Emotion Classification<br>• Motion Artifact Detection<br>• User Inputs / Commands |

https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M



## SCHEMES & INPUTS

Imagine a hands-free Temple Runner. One where you can navigate your player with just a smirk. That is exactly what we built with Galea this past month. Our CEO, Conor, put on the Galea headset to play the game Cat Runner and navigated his runner simply by twitching his left and right cheek muscles. Watch the whole demo video below.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



*Facial muscle movements, combined with eye tracking are used for new forms of user inputs.*

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

| | |
|---|---|
| an apparatus comprising a plurality of EMG (electromyography) electrodes configured for contact with the face of the user; and<br><br>**Col 13: lines 13-26**<br><br>*In some implementations, the* | The accused product discloses an apparatus (e.g., the accused product) comprising a plurality of EMG (electromyography) electrodes configured for contact with the face of the user (e.g., a user of the accused product); and<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. |

*set of surface EMG electrodes 113 can include facemask electrodes 116 a, 116 b, and/or additional facemask electrodes, each of which can be operatively coupled to an electrode interface 112 through respective electrical conductors 114 a, 114 b and/or the like. Facemask electrodes 116 may be provided so as to receive EMG signals from muscles in a portion of the face, such as an upper portion of the face for example. In this implementation, facemask electrodes 116 are preferably located around and/or on the upper portion of the face, more preferably including but not limited to one or more of cheek, forehead and eye areas, most*

The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



BROOKLYN, NY — May 31, 2022 – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

| | |
|---|---|
| *preferably on or around at least the cheek and forehead areas.*<br><br>**Col 13: lines 27-36**<br><br>*Lower face electrodes 124 can be positioned on and/or around the areas of the mouth, lower cheeks, chin, and/or the like of a user's face. in some implementations, lower face electrodes 124 can be similar to facemask electrodes 116, and/or can be included in a wearable device as described in greater detail below.*<br><br>**Col 13: lines 56-66**<br><br>*FIG. 2A shows a back view of an example, non-limiting, illustrative facemask apparatus according to at least some embodiments. For example, in some* | https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing<br><br>**A look inside Galea™**<br><br>Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.<br><br>https://openbci.com/content/galea-brochure.pdf<br><br>**Galea Sensor Cheat Sheet**<br><br>Each sensor provides a robust view into facial expressions, emotional states, physical activity, stress, focus, eye movements, and lots more.<br><br>https://openbci.com/content/galea-brochure.pdf |

*implementations, a facemask apparatus 200 can include a mount 202 for mounting the facemask apparatus 200 on the head of a user (not shown). Mount 202 can , for example, feature straps and/or similar mechanisms for attaching the facemask apparatus 200 to the user's head.* <u>*The facemask apparatus 200 can also include a facemask electrodes holder 204 that can hold the surface EMG electrodes 113 against the face of the user*</u>*, as described above with respect to FIG. 1B.*



https://www.youtube.com/watch?v=Zdn3FCMKB9M



https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M

| | |
|---|---|
| a computational device configured with instructions operating thereon to cause the computational device to:<br><br>process a plurality of EMG signals received from said EMG | The accused product discloses a computational device (e.g., a user device with Galea SDK installed) configured with instructions (e.g., computer instructions) operating thereon to cause the computational device (e.g., a user device with Galea SDK installed) to process a plurality of EMG (electromyography) signals received from said EMG electrodes to form processed EMG signals (e.g., filtered EMG signals)<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. Further, the accused product provides a software |

| | |
|---|---|
| electrodes to form processed EMG signals; and<br><br>**Col 13: lines 47-55**<br><br>*For example, the remaining components shown in FIG. 1B can be located in a wearable device (not shown), while EMG signal processor 109 and EMG signal processing database 111 can be located in a computational device and/or system that is operatively coupled to the wearable device (e.g., via a wired connection, a wireless Internet connection, a wireless Bluetooth connection, WiFi of various types, a cellular telephony connection and/or the like).* | development kit (SDK) that receives these facial muscle signals (e.g., EMG signals). The SDK applies signal processing and filtering operations to the facial muscle signals to generate the processed EMG signals.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

Galea is a hardware and software platform that merges next-generation brain-computer interface technology with head-mounted displays. Galea comes integrated with the Varjo Aero or XR-3 and is the world's first device that simultaneously measures the user's heart, skin, muscles, eyes, and brain.

https://www.youtube.com/watch?v=is8JD66MPCM

## A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf

## GALEA TECH SPECS: WHAT KIND OF DATA DOES IT COLLECT? AND HOW?

Galea's engineering is designed to enable high-quality data collection from multiple parts of a user's nervous system. The device combines sensor networks for EEG, EOG, EMG, EDA, PPG (see chart below) designed by OpenBCI, with the high-quality eye tracking of the Varjo Aero. All sensors work under a single hardware clock and as a result, Galea is able to dramatically simplify the process of collecting synchronized data from the body. This functions as an incredible tool for anybody looking to objectively measure user experiences and cognitive states.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

## Comprehensive software suite

Built on nearly a decade of OpenBCI R&D, Galea's software enables both real-time and post-processing use cases. Bring your data to game engines, the cloud, or access it in multiple languages via Galea's low-level C/C++ SDK.

https://openbci.com/content/galea-brochure.pdf

### Software

| Graphical User Interface | Galea GUI for data stream visualization, hardware configuration, and signal quality assessment. |
| Galea SDK | Raw data, signal processing, & filtering for all sensors via BrainFlow. Support for Python, C++, Java, C#, Julia, Matlab, Rust, and R. |

https://openbci.com/content/galea-brochure.pdf

Our software SDK will give you access to all the data types collected by Galea: EEG, EMG, EOG, EDA, PPG, and image-based eye-tracking. The estimated weight of the device is 800-900 grams.

https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered



https://www.youtube.com/watch?v=Zdn3FCMKB9M



https://openbci.com/content/galea-brochure.pdf

https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

As show below, the facial EMG signals are processed using filters such as a BandPass filter (e.g., a first set of instructions) to produce filtered EMG signals (e.g., processed EMG signals).



https://www.youtube.com/watch?v=is8JD66MPCM

https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| classify a facial expression according to said processed EMG using a classifier, wherein: | The accused product discloses classifying a facial expression (e.g., a smirk, facial muscle movement, etc.) according to said processed EMG (e.g., filtered EMG signals) using a classifier (e.g., an EMG facial classifier).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad with four facial EMG channels that capture the facial muscle signals of a user. Each channel maps to a particular area of the face such as right cheek, left cheek, etc. When the user moves that particular facial area to display an emotion or facial activity, the classifier analyzes the facial EMG signals and classifies them as a specific facial expression such as a smirk, etc. (e.g., classifying a facial expression). The detected facial activity is then displayed in the corresponding channels on the GUI of user device.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

# A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the **Varjo Aero** or **XR-3** will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf



# Galea Sensor Cheat Sheet

Each sensor provides a robust view into facial expressions, emotional states, physical activity, stress, focus, eye movements, and lots more.

https://openbci.com/content/galea-brochure.pdf



| Sensor Type | Where is the Data collected? | How is it measured? | What metrics can be derived? | How can the data be interpreted or applied? |
|---|---|---|---|---|
| EMG Muscles (Electromyogram) | Facepad 6 electrodes | • Muscle Contraction / Relaxation • Motor Unit Action Potentials (MUAPs) | • Facial Expressions • Emotion Classification • Motion Artifact Detection • User Inputs / Commands | |

https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M



Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

The combination of sensors and their arrangement across the scalp and facepad enable researchers to gather data that can classify a diverse range of internal states. Some of these include the user's attention, cognitive workload, facial expressions, emotional arousal, stress levels, physical performance and so much more.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| said processing comprises determining a roughness of said EMG signals according to a predefined window, and<br><br>**Col 19: lines 27-34**<br><br>*Since the roughness of* | The accused product discloses said processing comprises determining a roughness of said EMG signals according to a predefined window (e.g., a time window).<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with six facial EMG (electromyography) electrodes. These electrodes capture the facial muscle signals of a user. Further, the accused product provides a software development kit (SDK) that receives these facial muscle signals (e.g., EMG signals). The SDK applies signal processing and filtering operations to the facial muscle signals to |

| *an EMG signal can be a filter, the roughness can contain one free parameter that can be fixed a priori (e.g., such as a time window ΔT over which the roughness is computed).* This free parameter (also referred to herein as a meta-parameter), in some implementations, can have a value of 100 milliseconds. In this manner, the meta-parameter can be used to improve the efficiency and accuracy of the classification of the EMG signal. | generate processed EMG signals. The EMG signals are filtered using a band-pass filter to measure the signal roughness over a time window.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

As show below, the facial EMG signals are processed using filters such as a BandPass filter

(e.g., a first set of instructions) to produce filtered EMG signals (e.g., processed EMG signals).



https://www.youtube.com/watch?v=is8JD66MPCM

| | |
|---|---|
| | https://www.youtube.com/watch?v=is8JD66MPCM |
| said classifier classifies the facial expression according to said roughness. | The accused product discloses said classifier (e.g., an EMG facial classifier) classifies the facial expression (e.g., a smirk, facial muscle movement, etc.) according to said roughness.<br><br>As shown below, the accused product is a virtual reality headset. It integrates with Galea that supports facial expression detection. The accused product includes a facepad equipped with EMG (electromyography) sensors that capture the facial muscle signals of a user. These signals are monitored across multiple EMG channels. The SDK receives these facial muscle signals (e.g., EMG signals) and applies signal processing and filtering operations to generate processed EMG signals. The EMG signals are filtered using a band-pass filter to measure the signal roughness over a time window. Further, upon information and belief, the processed signals are normalized between an upper and lower limit to determine the corresponding facial activity, which is represented by spikes in the respective channels on the GUI.<br><br>The recently announced OpenBCI Galea integration with the Varjo XR-3 headset supports hand tracking via Ultraleap. See: https://developer.varjo.com/docs/get-started/hand-tracking<br><br>https://varjo.com/blog/bridging-neuroscience-and-xr-insights-session-your-questions-answered |



**BROOKLYN, NY — May 31, 2022** – OpenBCI, a Brooklyn-based neurotechnology company, announced today that it has partnered with Varjo, the leader in professional-grade VR/XR, for the launch of Galea, OpenBCI's eagerly anticipated new product.

https://varjo.com/news/openbci-and-varjo-partner-to-bring-neurotechnology-to-spatial-computing

## A look inside Galea™

Galea is designed to dramatically simplify the process of collecting biometric data from head-mounted displays. Whether your team is exploring the future of immersive entertainment or is on the verge of discovering a scientific breakthrough, Galea combined with the Varjo Aero or XR-3 will get you the tightly time-locked data you need.

https://openbci.com/content/galea-brochure.pdf



https://openbci.com/content/galea-brochure.pdf



https://openbci.com/content/galea-brochure.pdf



https://www.youtube.com/watch?v=Zdn3FCMKB9M



Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

The combination of sensors and their arrangement across the scalp and facepad enable researchers to gather data that can classify a diverse range of internal states. Some of these include the user's attention, cognitive workload, facial expressions, emotional arousal, stress levels, physical performance and so much more.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

As show below, the facial EMG signals are processed using filters such as a BandPass filter (e.g., a first set of instructions) to produce filtered EMG signals (e.g., processed EMG signals).



https://www.youtube.com/watch?v=is8JD66MPCM

https://www.youtube.com/watch?v=is8JD66MPCM

As shown below, the processed signals are normalized between an upper and lower limit to determine the corresponding facial activity, which is displayed in the respective channels on the GUI.

 

https://www.youtube.com/watch?v=is8JD66MPCM



https://www.youtube.com/watch?v=is8JD66MPCM

https://www.youtube.com/watch?v=is8JD66MPCM



## SCHEMES & INPUTS

Imagine a hands-free Temple Runner. One where you can navigate your player with just a smirk. That is exactly what we built with Galea this past month. Our CEO, Conor, put on the Galea headset to play the game Cat Runner and navigated his runner simply by twitching his left and right cheek muscles. Watch the whole demo video below.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

Galea is able to detect the slightest muscle tension in the face with the EMG sensors and translate that movement into a gaming action. The EMG facial classifiers in the facepad receive electrical signals or spikes in the electrical activity of the muscle contractions to complete the navigation action.

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea



*Facial muscle movements, combined with eye tracking are used for new forms of user inputs.*

https://varjo.com/blog/combining-vr-and-neurotechnology-with-openbcis-galea

As shown below, for an exemplary VR game application, the system interprets facial muscle signals using EMG sensors to recognize facial expressions and uses them as inputs in the game. Thus, the movement of the user's cheek muscles can steer the character left or right.



https://www.youtube.com/watch?v=is8JD66MPCM